

# Center for Disability Advocacy Rights (CeDAR), Inc.
## 100 Lafayette Street, 3rd Floor
## New York, New York 10013
Tel. (212) 979-7575
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

December 16, 2019

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Martinez v. Saul
1:19-cv-06515-BCM

Dear Judge Moses:

    As the attorney for the above plaintiff in the above captioned case, I write to request approval of the proposed briefing schedule. This is plaintiff's first request for an extension of time and is made with the consent of, and in consultation with, opposing AUSA Joseph Pantoja.

    I respectfully propose the following briefing schedule pursuant to your Honor's individual rules:

| Date | Filing |
|---|---|
| January 7, 2020 | Plaintiff's settlement letter |
| February 6, 2020 | Stipulation of Dismissal or No Settlement Joint Letter |
| March 9, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| May 8, 2020 | Defendant's Motion for Judgment on the Pleadings |
| May 28, 2020 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq

Cc: AUSA Joseph Pantoja

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 17, 2019