**Center for Disability Advocacy Rights (CeDAR), Inc.**
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-7575
Fax (212) 979-8778

CHRISTOPHER J. BOWES
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2020

January 7, 2020

**MEMO ENDORSED**

Via ECF
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Martinez v. Saul
1:19-cv-06515-BCM

Dear Judge Moses:

    As the attorney for the above plaintiff in the above captioned case, I write to request approval of the proposed briefing schedule. This is plaintiff's second request for an extension of time and is made with the consent of, and in consultation with, opposing AUSA Joseph Pantoja.

    I seek an extension of time due to personal reasons. My father died in December after a long illness and I have had to take time off to tend to his services and my mother's needs over the past several weeks. I remain behind schedule on this and other cases. With the kind consent of opposing counsel, AUSA Joseph Pantoja. , I respectfully request that the Court extend and approve the following revised briefing schedule:

| Date | Filing |
|---|---|
| January 14, 2020 | Plaintiff's settlement letter |
| February 13, 2020 | Stipulation of Dismissal or No Settlement Joint Letter |
| March 16, 2020 | Plaintiff's Motion for Judgment on the Pleadings |
| May 15, 2020 | Defendant's Motion for Judgment on the Pleadings |
| June 4, 2020 | Plaintiff's Reply |

  Thank you for Your Honor's attention to this matter.

Application GRANTED. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses, U.S.M.J.
January 7, 2020

Very truly yours,

*/s/ Christopher J. Bowes*
Christopher J. Bowes, Esq