
# Center for Disability Advocacy Rights (CeDAR), Inc.
100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-7575
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7575

<u>Via ECF</u>
Hon Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/2020
```

**MEMO ENDORSED**

Application GRANTED. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses, U.S.M.J.
March 17, 2020

Re: <u>Martinez v. Saul</u>
1:19-cv-06515-BCM

Dear Judge Moses:

    As the attorney for the above plaintiff in the above captioned case, I write to request an extension of time to file plaintiff's Motion for Judgment on the Pleadings. Plaintiff's papers are due to be filed today. I have previously sought two extensions to file plaintiff's settlement letter.

    I seek an extension of time to file plaintiff's Motion for Judgment on the pleadings due, in part, to the disruption in my schedule over the past week. My oldest son was sent home from college last Tuesday and my younger children are home on account of the Covid-19. I have had to take time off to orchestrate their needs and schedules. In addition, Mr. Martinez's case is considerably lengthy and requires additional time for me to finish. With the kind consent of opposing counsel, AUSA Joseph Pantoja. I respectfully request that the Court extend and approve the following revised briefing schedule:

| | |
|---|---|
| April 16, 2020 ~~March 16, 2020~~ | Plaintiff's Motion for Judgment on the Pleadings |
| May 23, 2020 | Defendant's Motion for Judgment on the Pleadings |
| June 13, 2020 | Plaintiff's Reply |

Thank you for Your Honor's attention to this matter.

    Very truly yours,

    _/s/ Christopher J. Bowes_
    Christopher J. Bowes, Esq

Cc: AUSA Joseph Pantoja  **CHRISTOPHER J. BOWES, ESQ.**