**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GREGORY MARTINEZ,

       Plaintiff,       19 **CIVIL** 6515 (BCM)

   -against-          **JUDGMENT**

ANDREW SAUL, Commissioner of Social Security,
       Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated June 23, 2021, the Commissioner's motion is GRANTED; plaintiff's motion is GRANTED IN PART AND DENIED IN PART; and this action is REMANDED for further proceedings, consistent with the Opinion, which must be completed before the ALJ within 120 days of today's date, and before the Commissioner within 60 days of any appeal from the determination of the ALJ.

**Dated:** New York, New York
    June 24, 2021

                    **RUBY J. KRAJICK**
                    _____
                    **Clerk of Court**
            **BY:**
                    *K. Mango*
                    _____
                    **Deputy Clerk**