CHRISTOPHER JAMES BOWES, ESQ
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax: (631) 929-1700
    CJB-8865
Attorney for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/21

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
GREGORY MARTINEZ,                    :   NOTICE OF
                                         FOR ATTORNEYS FEES
        Plaintiff,       :   PURSUANT TO
                                         28 U.S.C. § 2412
                                     :
    -against-                      :   19 Civ-6515(BCM)
                                     :
KILOLO KIJAKAZI, ACTING              :
COMMISSIONER OF SOCIAL SECURITY,
                                     :
        Defendant.
-------------------------------------X

    PLEASE TAKE NOTICE that upon the accompanying Declaration of Christopher James Bowes, dated September 22, 2021, plaintiff will move this Court before the Honorable Barbara C. Moses, United States Magistrate Judge presiding, at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on submission, for an order:

    (1)  Accepting plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), as timely filed; and

    (2)  Granting plaintiff leave to defer filing a memorandum of law in support of his application for fees for a period of 60

days to permit the parties an opportunity to reach settlement of the fee issue; and

     (3)  for such other and further relief as this Court may deem just and proper.

Dated:    Shoreham, New York
           September 22, 2021

Respectfully submitted,

*/s/Christopher James Bowes*
CHRISTOPHER JAMES BOWES, ESQ.
54 Cobblestone Drive
Shoreham, New York 11786
Tel.: (212) 979-7575
Fax:  (631) 979-1700
     CJB-8865
Attorney for Plaintiff

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
September 24, 2021

To:  United States Attorney for the
     Southern District of New York
BY:  Joseph A. Pantoja, Esq.
     Assistant U.S. Attorney
     86 Chambers Street
     New York, New York 10007
     Attorneys for Defendant